CLAYTON W. KENT (State Bar No. 123164)
BRAYTON & PURCELL, LLP
222 Rush Landing Rd.
Novato, California 94945-2469
Telephone: (415) 898-1555
Facsimile: (415) 898-1247
Email: clayton@braytonlaw.com

Attorney for Plaintiffs
BRIAN C. MOYLAN and TERI L. MOYLAN


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JONE TRAN (State Bar No. 239311)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Emails: cmellema@sonnenschein.com
        jbutler@sonnenschein.com
        jotran@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN C. MOYLAN and TERI L. MOYLAN,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>        Defendants. | No. 3:09-cv-03608-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600

1    Plaintiffs Brian and Teri Moylan and defendant Allstate Insurance Company, through

2    their respective counsel, enter into this stipulation based on the following facts:

3    1.    The Court's November 13, 2009 minute order referred this action to early neutral

4    evaluation ("ENE").

5    2.    Pursuant to ADR Local Rule 5-4(b), an "ENE session must be held within 90 days

6    after the entry of the order referring the case to ENE." Therefore, the deadline for the parties to

7    complete an ENE is February 11, 2010, 90 days after the Court's minute order entry.

8    3.    On January 15, 2010, Tim Smagacz, the Court's ADR Program Administrator,

9    contacted counsel for plaintiffs and Allstate to request that they extend the deadline to complete

10   the ENE to accommodate the schedule of a prospective ENE evaluator, and that they file a

11   stipulation with the Court to that effect. Counsel for plaintiffs and Allstate readily agreed.

12   4.    As a result of the parties' agreement, on January 15, 2010, the ADR department

13   appointed Marilyn Raia to serve as the ENE evaluator.

14   Based on these facts, the parties stipulate to extend the ENE completion date and

15   respectfully request that the Court extend the deadline for the parties to complete ENE to March

16   29, 2010.

17

18   **Filer's Attestation**

19   Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under

20   penalty of perjury that the concurrence in the filing of this document has been obtained from its

21   signatories.

22   Dated: January 25, 2010          By: _____*/s/ JEFFRY BUTLER*_____
                                            JEFFRY BUTLER
23

24

25

26

27

28

Respectfully Submitted,

Dated: January 25, 2010                 BRAYTON & PURCELL, LLP


By_____/s/ CLAYTON W. KENT_____
                CLAYTON W. KENT

Attorneys for Plaintiffs
BRIAN C. MOYLAN and TERI L. MOYLAN

Dated: January 25, 2010                 SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/ JEFFRY BUTLER_____
                JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


## [PROPOSED] ORDER

Pursuant to the above stipulation, the Court hereby extends the deadline for the parties to complete an early neutral evaluation in this case to March 29, 2010.

**IT IS SO ORDERED.**


Dated:  January 26, 2010  _____
                                Hon. Maxine M. Chesney

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600