CLAYTON W. KENT (State Bar No. 123164)
BRAYTON & PURCELL, LLP
222 Rush Landing Rd.
Novato, California 94945-2469
Telephone: (415) 898-1555
Facsimile: (415) 898-1247
Email: clayton@braytonlaw.com

Attorney for Plaintiffs
BRIAN C. MOYLAN and TERI L. MOYLAN

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
JONE TRAN (State Bar No. 239311)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Emails: cmellema@sonnenschein.com
jbutler@sonnenschein.com
jotran@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN C. MOYLAN and TERI L. MOYLAN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>            Defendants. | No. 3:09-cv-03608-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' INDEPENDENT MEDICAL EXAMINATIONS** |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1. Plaintiff Brian Moylan will submit to a mental examination consisting of standard psychological testing administered by a psychologist, followed by an interview with a psychiatrist. Absent further agreement by the parties, the testing and interview will take place on mutually convenient dates and times prior to the designation of expert witnesses.

2. Plaintiff Teri Moylan will also submit to a mental examination consisting of standard psychological testing administered by a psychologist, followed by an interview with a psychiatrist. Absent further agreement by the parties, the testing and interview will take place on mutually convenient dates and times prior to the designation of expert witnesses.

The provisions of Federal Rule of Civil Procedure 35(b) do not apply.

IT IS SO STIPULATED.

Dated: July 7, 2010                    BRAYTON & PURCELL, LLP


                                       By_____/s/ CLAYTON W. KENT_____
                                              CLAYTON W. KENT

                                       Attorneys for Plaintiffs
                                       BRIAN C. MOYLAN and TERI L. MOYLAN

Case No. 3:09-cv-03608-MMC        -2-        STIPULATION AND [PROPOSED] ORDER
                                             REGARDING PLAINTIFFS' INDEP. MED. EXAMS.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2010 | SONNENSCHEIN NATH & ROSENTHAL LLP |

By_____*/s/ JEFFRY BUTLER*_____
JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated:  July 14, 2010____        _____/s/ Vaughn R Walker for_____
Hon. Maxine M. Chesney

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(925) 949-2600