CLAYTON W. KENT, ESQ., S.B. #123164
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

CYNTHIA L. MELLEMA, ESQ., S.B. #122798
JEFFRY BUTLER, ESQ., S.B. #180936
JONE TRAN, ESQ., S.B. #239311
SNR DENTON, LLP
2121 N. California Blvd., Suite 800
Walnut Creek, CA 94596-7342
(925) 949-2600

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN C. MOYLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | No. 3:09-cv-03608-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING COMPLAINT AND FOR COMPROMISE OF MINORS' CLAIMS WITHOUT APPEARANCE OR HEARING**<br><br>AND ORDER THEREON |

　　　　The parties, by and through their undersigned counsel, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

　　　　1.　　The parties, after participating in a lengthy mediation, have agreed to a settlement of the entire action. The settlement reached in this matter is intended to fully resolve any and all claims that the plaintiffs, BRIAN C. MOYLAN and TERI L. MOYLAN, have and may have, and includes any and all claims, if any, that the minor children of said plaintiffs have and

K:\Medmal\9534\StipAmend.Comp.pld.wpd　　　　　　1
STIPULATION AND [PROPOSED] ORDER AMENDING COMPLAINT AND FOR COMPROMISE OF MINORS' CLAIMS WITHOUT APPEARANCE OR HEARING

1 | may have.

2. In order to give full effect and meaning to such settlement, the minor children of plaintiffs, CONNOR MOYLAN and CAMERON MOYLAN, are to be added as plaintiffs in the within action, with TERI L. MOYLAN being appointed as their Guardian Ad Litem, and said Amendment to the Complaint is deemed to be filed and served. Said minors are to be represented by Clayton W. Kent, Esq. of Brayton❖Purcell LLP. The Proposed First Amended Complaint is attached hereto as Exhibit "A" and is incorporated herein.

3. The Answer filed by defendant ALLSTATE INSURANCE COMPANY to the complaint of plaintiffs BRIAN C. MOYLAN and TERI L. MOYLAN is deemed to be the Answer to the First Amended Complaint including as plaintiffs to this action CONNOR MOYLAN and CAMERON MOYLAN, and the same is deemed to be filed and served.

4. The provisions of California Rules of Court, Rule 7.952(a), requiring the appearance of the minor's and their Guardian Ad Litem, should be dispensed with in accordance with said Rule, as the parties request that the petition to compromise the minor's claims be handled without the necessity of a hearing or appearance in an effort to expedite the settlement, and to avoid the necessity of the children having to be taken out of school to attend the hearing.

5. The total and global settlement in this action is confidential, consisting of payment for alleged damage to and repair of the Moylan residence allegedly as a result of two separate winter storms. The minor children were not "insureds" under the policy, and held no interest in the damaged residence.

6. The settlement funds allocated to the minor children in order to resolve all possible claims against defendant is the sum of $1,000.00, with a 50/50 split of such funds among the children. Such funds are not to be held in a blocked, interest-earning account, subject to withdrawal only by Court order, but are to be held by plaintiff TERI L. MOYLAN for the sole use and benefit of the children.

7. There are no unresolved liens pertaining to the minors, the claims involved in this matter do not stem from wrongful death, and plaintiffs' counsel did not become involved in the

1 | matter at the request of a person or insurance company against whom the claim is asserted.

2 |     8. Defendant ALLSTATE INSURANCE COMPANY is the sole defendant in this
3 | action, and is participating in this settlement and compromise.

4 |     9. There are no costs expended by counsel for the minor plaintiffs, and said counsel
5 | will not be claiming any attorneys fees from the minors' portion if approved by this Court.

6 |     10. This compromise and settlement is in the best interests of the minor children as
7 | they were not parties to, nor held and interest in the insurance policy, or the property, which are
8 | subjects of this action, and the minor children suffered no long-term injuries or damages as a
9 | result of the allegations set forth in the First Amended Complaint. This settlement also avoids
10 | the expense, delay and uncertainty of further litigation, so that the minor children will be able to
11 | move on with their lives and not be exposed to the disruption, confusion, and potential trauma
12 | that can be associated with minors involved in litigation.

IT IS SO STIPULATED.

Dated: December 22, 2010

BRAYTON❖PURCELL LLP

By: /S/
Clayton W. Kent
Attorneys for Plaintiffs

Dated: December 22, 2010

SNR DENTON, LLP

By: /S/
Jeffry Butler
Attorneys for Defendant

K:\Medmal\9534\StipAmend.Comp.pld.wpd

3

STIPULATION AND [PROPOSED] ORDER AMENDING COMPLAINT AND FOR COMPROMISE OF MINORS' CLAIMS WITHOUT APPEARANCE OR HEARING

## [PROPOSED] ORDER

Upon consideration of the joint stipulation for amending the complaint and for minors' compromise, and for good cause appearing therefore:

IT IS HEREBY ORDERED:

1. Plaintiffs are allowed to file the First Amended Complaint attached to the Stipulation as Exhibit "A," and ~~the same is deemed filed and served;~~ plaintiffs shall file the First Amended Complaint no later than January 7, 2011.

2. Plaintiff TERI L. MOYLAN, the mother of the minor children, is appointed as the Guardian Ad Litem to act in the best interests of the minor children in this action;

3. The Answer originally filed by defendant ALLSTATE INSURANCE COMPANY to the original Complaint ~~is~~ shall be deemed responsive to the First Amended Complaint, and ~~is likewise deemed filed and served;~~ shall be deemed filed and served as of the date the First Amended Complaint is filed.

4. The requested compromise of the minors' action and disposition of the proceeds of the settlement is approved. Defendant ALLSTATE INSURANCE COMPANY is to pay the sum of $500.00 to minor plaintiff CAMERON MOYLAN, and is to deliver such sum payable to TERI L. MOYLAN, who is to use said funds solely for the use and benefit of said minor plaintiff. Defendant ALLSTATE INSURANCE COMPANY is to pay the sum of $500.00 to minor plaintiff CONNOR MOYLAN, and is to deliver such sum payable to TERI L. MOYLAN, who is to use said funds solely for the use and benefit of said minor plaintiff.

5. No attorneys fees or costs are to be paid to any counsel out of said minors' settlement proceeds.

6. Plaintiff TERI L. MOYLAN is authorized to execute any and all documents reasonably necessary to carry out the terms of the settlement approved herein.

7. No later than January 21, 2011, the parties shall file a Joint Status Report, setting forth therein the status of the settlement and the date on which plaintiffs expect to file a dismissal.

Dated: December 30, 2010

_____
Honorable Maxine M. Chesney